**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>　　　Eugene Bryant<br><br>　　　　　　Debtor(s) | Case No. 13 B 19479 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1) The case was filed on 05/08/2013.

　　2) The plan was confirmed on 11/04/2013.

　　3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/04/2013, 12/16/2013.

　　4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/20/2013, 09/19/2014, 04/22/2015, 07/09/2015, 11/23/2015.

　　5) The case was Dismissed on 01/14/2016.

　　6) Number of months from filing to last payment: 29.

　　7) Number of months case was pending: 34.

　　8) Total value of assets abandoned by court order:  NA .

　　9) Total value of assets exempted:  NA .

　　10) Amount of unsecured claims discharged without payment: $0.00.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $32,304.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $32,304.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,341.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,240.07 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,581.07

Attorney fees paid and disclosed by debtor: $219.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Ally Financial | Unsecured | 25,134.00 | 25,134.11 | 25,134.11 | 0.00 | 0.00 |
| American Collection Corp | Unsecured | 848.00 | NA | NA | 0.00 | 0.00 |
| American General Finan | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| American General Finan | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| American Home Mtg Svci | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Aronson | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Bally Total Fitness | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Bernadette White | Unsecured | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 | 0.00 |
| Capital One Bank | Unsecured | 391.00 | 312.86 | 312.86 | 0.00 | 0.00 |
| Chase | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Finance | Unsecured | 5,393.86 | 15,359.23 | 15,359.23 | 0.00 | 0.00 |
| City of Chicago Department of Finance | Unsecured | 375.00 | 1,349.92 | 1,349.92 | 0.00 | 0.00 |
| City of Chicago Department of Finance | Unsecured | 0.00 | 3,689.85 | 3,689.85 | 0.00 | 0.00 |
| City of Chicago Department of Finance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Finance | Unsecured | 0.00 | 655.18 | 655.18 | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 13,900.00 | 17,052.20 | 17,052.20 | 0.00 | 0.00 |
| Cred Protections Assoc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Delvision SB1, LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Delvision SB1, LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Dorchester Shore Condo Assoc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Emc Mortgage | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 419.00 | NA | NA | 0.00 | 0.00 |
| Focus Receivables Mana | Unsecured | 997.00 | NA | NA | 0.00 | 0.00 |
| Focus Receivables Mana | Unsecured | 236.00 | NA | NA | 0.00 | 0.00 |
| Harris | Unsecured | 2,317.00 | NA | NA | 0.00 | 0.00 |
| Harris | Unsecured | 1,209.00 | NA | NA | 0.00 | 0.00 |
| Harvard Collection | Unsecured | 959.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| I C System Inc | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 800.00 | 3,533.47 | 3,533.47 | 1,439.19 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 3,298.48 | 3,298.48 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 3,000.00 | 12,657.43 | 12,657.43 | 5,155.41 | 0.00 |
| Internal Revenue Service | Unsecured | NA | 7,997.62 | 7,997.62 | 0.00 | 0.00 |
| Irvin West | Secured | 16,000.00 | 0.00 | 16,000.00 | 10,666.56 | 0.00 |
| Irvin West | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Kmafincl | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Lamont Hanley & Associ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Lease Finance Group Ll | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Litton Loan Servicing | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Litton Loan Servicing | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Litton Loan Servicing | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Litton Loan Servicing | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Litton Loan Servicing | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Med Busi Bur | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| Millenium Credit Con | Unsecured | 2,596.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 1,574.00 | NA | NA | 0.00 | 0.00 |
| NCEP LLC | Unsecured | NA | 0.00 | 1,963.10 | 0.00 | 0.00 |
| NCEP LLC | Secured | 13,498.49 | 13,688.10 | 11,725.00 | 7,708.07 | 518.90 |
| Nco Fin/99 | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| New Century Mortgage C | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Ocwen Loan Servicing LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Option One Mortgage Co | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Pcfs | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 2,317.00 | 3,856.88 | 3,856.88 | 0.00 | 0.00 |
| Professnl Acct Mgmt In | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Professnl Acct Mgmt In | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Providentbnk | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Providian Financial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Providian Financial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Reca Properties | Unsecured | 28,000.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 1,037.00 | 1,037.22 | 1,037.22 | 0.00 | 0.00 |
| RMI/MCSI | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Select Portfolio Servicing | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ShoreBank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ShoreBank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ShoreBank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ShoreBank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ShoreBank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ShoreBank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Sprint Corp | Unsecured | NA | 1,320.18 | 1,320.18 | 0.00 | 0.00 |
| The Bureaus Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| The Diamond Center | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Triad Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Urban Partnership Bank | Secured | 389,000.00 | 527,601.96 | 527,601.96 | 0.00 | 0.00 |
| Valentine & Kebartas | Unsecured | 2,286.00 | NA | NA | 0.00 | 0.00 |
| Washington Mutual Fa | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| West Asset Management | Unsecured | 688.00 | NA | NA | 0.00 | 0.00 |
| Westlake Financial Services | Secured | 5,792.00 | 2,195.69 | 2,195.69 | 2,195.69 | 39.11 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $527,601.96 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $13,920.69 | $9,903.76 | $558.01 |
| All Other Secured | $16,000.00 | $10,666.56 | $0.00 |
| **TOTAL SECURED:** | **$557,522.65** | **$20,570.32** | **$558.01** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $16,190.90 | $6,594.60 | $0.00 |
| **TOTAL PRIORITY:** | **$16,190.90** | **$6,594.60** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$85,226.83** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,581.07 |
| Disbursements to Creditors | $27,722.93 |
| **TOTAL DISBURSEMENTS :** | **$32,304.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/21/2016           By: /s/ Marilyn O. Marshall
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**